72875-097

UNSEALED

9844868

2015 JUN 29 PM 1:2

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

United States of America
v.

MATTHEW MULLER

*Defendant*

Case No. 2:15-MJ-.138  CKD

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MATTHEW MULLER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1201, Kidnapping

**FILED**
SEP 2 3 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Date: 6/29/2015

*Issuing officer's signature*

City and state: Sacramento, California

Carolyn K. Delaney, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6-29-15, and the person was arrested on *(date)* 9/21/15
at *(city and state)* DUBLIN, CA.

Date: 9/21/15

*Arresting officer's signature*

JASON R. WALTER, SA FBI
*Printed name and title*