1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   HEIKO P. COPPOLA
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:15-MJ-138 CKD
12 |                      Plaintiff,   | DESIGNATION OF COUNSEL
13 |            v.                     |
14 |                                   |
15 | MATTHEW D. MULLER,                |
16 |                      Defendant.   |

17

18      Assistant U.S. Attorney Matthew D. Segal is the counsel of record for the plaintiff in the above-

19 referenced matter. Please add Assistant U.S. Attorney Heiko P. Coppola as co-counsel of record for the

20 plaintiff.

21 Dated: October 1, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney
22

23                                           /s/ *HEIKO P. COPPOLA*
                                             HEIKO P. COPPOLA
24                                           Assistant United States Attorney

25

26

27

28

DESIGNATION OF COUNSEL                       1